

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-11-00701-CV

Kellie J. **TROTMAN**,
Appellant

v.

Duaine **TROTMAN**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1994-CI-05453
Honorable Richard Price, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 14, 2012

DISMISSED

Kellie J. Trotman, appellant, filed a motion to dismiss this appeal. We grant the motion.

*See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties

regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP.

P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM